JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIGUEL A. BERNAL, | ) | Case No. CV 14-5091 PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that petitioner's Motion to Stay and Abey Petition and the operative First Amended Petition for Writ of Habeas Corpus are denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: August 13, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE